

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-20-00010-CR

---

THE STATE OF TEXAS, Appellant

V.

TRENTON KYLE GREEN, Appellee

---

On Appeal from the 188th District Court
Gregg County, Texas
Trial Court No. 49202-A

---

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice Rambin

# MEMORANDUM OPINION

After Trenton Kyle Green allegedly forged a twenty-dollar bill, he was indicted for third-degree forgery pursuant to Section 32.21(e) of the Texas Penal Code.[1]  After the trial court granted Green's motion to quash the indictment, the State appealed.  In our original opinion, we affirmed the trial court's order.  The Texas Court of Criminal Appeals granted the State's petition for review, vacated our judgment, and remanded the case to this Court for further proceedings consistent with its opinion.

The State, as appellant, has filed a motion to dismiss this appeal in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure.  *See* TEX. R. APP. P. 42.2(a).  As authorized by Rule 42.2(a), we grant the motion.  *See id*.

Accordingly, we dismiss this appeal.


Jeff Rambin
Justice


Date Submitted:     March 8, 2024
Date Decided:       March 11, 2024

Do Not Publish

---

[1] *See* TEX. PENAL CODE ANN. § 32.21(e) (Supp.).